April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JEREMY CHARLES, Appellant

NO. 14-12-00859-CV                               V.

VICTORIA GARDEN/MURRAY HILL APARTMENTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jeremy Charles.

We further order this decision certified below for observance.